1208

No. 91–8037. YOUNG v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–8083. HURD v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 91–8086. TROXELL v. SEABOLD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–8091. WILLIAMS v. FAUVER ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8095. McCREADIE v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 91–8097. SAUNDERS v. NEAL, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8099. PALMER v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 91–8102. WILLIAMS v. CHRANS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–8103. WILLIAMS v. BURTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–8110. CROWHORN v. SMITH ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–8115. MITCHELL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–8116. MARTIN v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 91–8117. WHITAKER v. PASCARELLA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–8124. WOODSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.